**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3135-21

DENESE ROME,

       Plaintiff-Respondent/
Cross-Appellant,

v.

DAVID SHARROW, SR.,

       Defendant-Appellant/
Cross-Respondent.

_____

Submitted March 13, 2024 – Decided March 20, 2024

Before Judges Currier, Firko, and Susswein.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Gloucester County, Docket No. FM-08-0796-18.

Hegge & Confusione, LLC, attorneys for appellant/cross-respondent (Michael James Confusione, of counsel and on the briefs).

Einhorn, Barbarito, Frost & Botwinick, PC, attorneys for respondent/cross-appellant (Bonnie C. Frost, on the brief).

PER CURIAM

This matter having been amicably adjusted and the parties having stipulated to the dismissal of the appeal and cross-appeal, the appeals are dismissed with prejudice.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

2                                                                    A-3135-21